In the Matter of the Probate of the Will of RICHARD M. SCHELL, Deceased. ALICE S. PORCHER, Appellant; BANK OF NEW YORK and FIFTH AVENUE BANK, Individually and as Executor of and Trustee under the Will of RICHARD M. SCHELL, Deceased, et al., Respondents.

Submitted April 2, 1951; decided April 12, 1951.

Motion for reargument of motions to dismiss appeal denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 696.]

A. KATHARINE LONG, Appellant, v. PARMELEE TRANSPORTATION COMPANY, Respondent, et al., Defendants.

Submitted April 9, 1951; decided April 12, 1951.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 273.]